(Official Form 1) (12/03)

| FORM B1 | **United States Bankruptcy Court**<br>**Western District of New York** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Ortolani, Timothy S.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**Individual and as officer of Carton Craft Corp.** | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): **xxx-xx-3489** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**4 Mill Race Court**<br>**Buffalo, NY 14221** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business: **Erie** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|
| ■ Individual(s)    ☐ Railroad<br>☐ Corporation    ☐ Stockbroker<br>☐ Partnership    ☐ Commodity Broker<br>☐ Other_____    ☐ Clearing Bank | ■ Chapter 7    ☐ Chapter 11    ☐ Chapter 13<br>☐ Chapter 9    ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |

| **Nature of Debts** (Check one box)<br>☐ Consumer/Non-Business    ■ Business | **Filing Fee** (Check one box)<br>■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only.)<br>  Must attach signed application for the court's consideration<br>  certifying that the debtor is unable to pay fee except in installments.<br>  Rule 1006(b). See Official Form No. 3. |
|---|---|
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under<br>  11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information** (Estimates only)
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ |

# Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s):

**Ortolani, Timothy S.**

| Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Timothy S. Ortolani**

Signature of Debtor **Timothy S. Ortolani**

X _____

Signature of Joint Debtor

_____

Telephone Number (If not represented by attorney)

**February 17, 2005**

Date

### Signature of Attorney

X  **/s/ Robert B. Gleichenhaus, Esq.**

Signature of Attorney for Debtor(s)

**Robert B. Gleichenhaus, Esq.**

Printed Name of Attorney for Debtor(s)

**Gleichenhaus, Marchese & Falcone, P.C.**

Firm Name
**930 Convention Tower**
**43 Court Street**
**Buffalo, NY 14202**

Address

**(716) 845-6446  Fax: (716) 845-6475**

Telephone Number

**February 17, 2005**

Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____

Signature of Authorized Individual

_____

Printed Name of Authorized Individual

_____

Title of Authorized Individual

_____

Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____

Signature of Attorney for Debtor(s)          Date

### Exhibit C

Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____

Printed Name of Bankruptcy Petition Preparer

_____

Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____

Signature of Bankruptcy Petition Preparer

_____

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.

# United States Bankruptcy Court
## Western District of New York

In re   **Timothy S. Ortolani**                                          ,          Case No. _____

                                        Debtor                                    Chapter _____ **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| | | | AMOUNTS SCHEDULED | | |
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 4,450.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 26 | | 12,849,228.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 3 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 8,200.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 9,115.00 |
| Total Number of Sheets of ALL Schedules | | 41 | | | |
| Total Assets | | | 4,450.00 | | |
| Total Liabilities | | | | 12,849,228.00 | |

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

In re    **Timothy S. Ortolani**                                    ,    Case No. _____
                                        _____
                                                Debtor

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. (See Schedule D.) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  |  |  |
|---|---|---|
| Sub-Total > | **0.00** | (Total of this page) |
| Total > | **0.00** |  |

<u>__0__</u>   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re  Timothy S. Ortolani _____,  Case No._____
                              Debtor

# SCHEDULE B — PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Wyoming County Savings Bank - Checking Account | - | Nominal |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Ordinary goods and furnishings | - | 2,500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Included in above | - | |
| 6. Wearing apparel. | | Ordinary wardrobe | - | 1,500.00 |
| 7. Furs and jewelry. | | Watches | - | 150.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Golf Clubs | - | 200.00 |
| | | Skis | - | 100.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Life Insurance - none with cash value | - | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |

Sub-Total < (Total of this page)          4,450.00

Copyright (c) 1996 - Best Case Solutions, Inc. - Evanston, IL - 1-800-492-8037                                                                 Best Case Bankruptcy

In re  Timothy S. Ortolani                                                    ,      Case No._____
                                                        Debtor

# SCHEDULE B — PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Personal Injury claim | - | Amount Unknown |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |

Sub-Total <
(Total of this page)                                          0.00

  1   of   2   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996 - Best Case Solutions, Inc. - Evanston, IL - 1-800-492-8037                                                          Best Case Bankruptcy

In re    Timothy S. Ortolani _____ ,    Case No._____

                                             Debtor

# SCHEDULE B — PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | X | | | |

| | |
|---|---|
| Sub-Total < (Total of this page) | 0.00 |
| Total < (Report also on Summary of Schedules.) | $ 4,450.00 |

__2__ of __2__ continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996 - Best Case Solutions, Inc. - Evanston, IL - 1-800-492-8037                                                                                    Best Case Bankruptcy

In re    Timothy S. Ortolani                                              ,    Case No._____
                                                    Debtor

# SCHEDULE C — PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
*[Check one box]*
☐  11 U.S.C. §522(b)(1):    Exemptions provided in 11 U.S.C. §522(d). Note: These exemptions are available only in certain states.
■  11 U.S.C. §522(b)(2):    Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been
                            located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than
                            in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt
                            from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Wyoming County Savings Bank - Checking Account | Debtor & Creditor Law § 283(2) | Full | Nominal |
| **Household Goods and Furnishings** | | | |
| Ordinary goods and furnishings | NYCPLR § 5205(a)(5) | 2,500.00 | 2,500.00 |
| **Wearing Apparel** | | | |
| Ordinary wardrobe | NYCPLR § 5205(a)(5) | 1,500.00 | 1,500.00 |
| **Furs and Jewelry** | | | |
| Watches | NYCPLR § 5205(a)(6) | 35.00 | 150.00 |

___0___  continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996 - Best Case Solutions, Inc. - Evanston, IL - 1-800-492-8037

Best Case Bankruptcy

Form B6D
(12/03)

In re     **Timothy S. Ortolani**                                   ,       Case No. _____

Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

■     Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

__0__ continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | | |
| Total (Report on Summary of Schedules) | | **0.00** |

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                            Best Case Bankruptcy

Form B6E
(04/04)

In re    **Timothy S. Ortolani**                             ,      Case No. _____

                                          Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re   Timothy S. Ortolani                                                                                    ,    Case No._____
                                                                                    Debtor

# SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br>Account Solutions Group<br>PO Box 628<br>Buffalo, NY 14240 | | - | | Duplicate for MBNA | | | | $        Duplicate |
| Account No.<br>AFNI<br>404 Brock Drive<br>PO Box 3517<br>Bloomington, IL 61702 | | - | | Duplicate for Verizon Communications | | | | $        Duplicate |
| Account No.<br>American Capital Resources<br>3 University Plaza<br>Hackensack, NJ 07601 | X | - | | 1995<br><br>Business debt | | | | $        1.00 |
| Account No.<br>Anchor Receivables Management<br>PO Box 41003<br>Norfolk, VA 23541 | | - | | Duplicate for Household Bank (SB), NA | | | | $        Duplicate |

 25   continuation sheets attached

Subtotal < (Total of this page)        1.00

Copyright (c) 1996 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                          Best Case Bankruptcy

In re   Timothy S. Ortolani                                                                ,   Case No._____

                                                    Debtor

# SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Anthony Perna, MD <br> 41 Delaware Road <br> Kenmore, NY 14217 | | - | 1999 <br><br> Personal Loan | | | | $      100,000.00 |
| Account No. <br><br> Associated Recovery Systems <br> 201 Westgrand Avenue <br> Escondido, CA 92025 | | - | Duplicate for Citibank | | | | $      Duplicate |
| Account No. <br><br> Atlantic Plywood <br> PO Box 2705 <br> Woburn, MA 01888 | X | - | 1999 <br><br> Judgment | | | | $      4,035.00 |
| Account No. 1509 <br><br> Bankcard Services <br> PO Box 15137 <br> Wilmington, DE 19886 | | - | 1986 <br><br> Credit | | | | $      5,000.00 |
| Account No. <br><br> Barden Tree Service <br> 117 Roycroft Boulevard <br> Snyder, NY 14226 | | - | 2001 <br><br> Service | | | | $      400.00 |

Sheet no.  1  of  25  continuation sheets attached to the Schedule of Creditors
Holding Unsecured Nonpriority Claims

Subtotal <
(Total of this page)           109,435.00

Copyright (c) 1996 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re  Timothy S. Ortolani _____,  Case No._____
                                          Debtor

# SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>Beaver Landscaping<br>5640 Davison Road<br>Clarence, NY 14031 | | - | 1999<br><br>Services | | | | $ 1,993.00 |
| Account No. <br><br>Buffalo Floor Sanding<br>3981 Harlem Road<br>Snyder, NY 14226 | | - | 2002<br><br>Service | | | | $ 2,000.00 |
| Account No. <br><br>Bumpy Slide Books<br>c/o James Kilkowski, Esq.<br>1900 Avenue of the Stars<br>Suite 2500<br>Los Angeles, CA 90067 | X | - | 1996+<br><br>Business debt | | | | $ 302,637.00 |
| Account No. 8453<br><br>Cardiographic Associates<br>100 High Street<br>Buffalo, NY 14203 | | - | 2000<br><br>Medical Services | | | | $ 60.00 |
| Account No. <br><br>Carol Collard, Esq.<br>33 Gates Center<br>Buffalo, NY 14209 | | - | 2002<br><br>Service | | | | $ 4,000.00 |

Sheet no. _2_ of _25_ continuation sheets attached to the Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal <
(Total of this page)            310,690.00

Copyright (c) 1996 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re   Timothy S. Ortolani _____ ,   Case No._____
                                                    Debtor

## SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Carton Craft Corporation <br> 115 Ash Street <br> Buffalo, NY 14204 | | - | 2000 <br><br> Business debt | | | | $       1.00 |
| Account No. 3083 <br><br> Chase Manhattan Bank USA, N.A. <br> PO Box 15583 <br> Wilmington, DE 19886 | | - | 1986 <br><br> Credit | | | | $    8,456.00 |
| Account No. <br><br> Chiampou Travis <br> 5110 Main Street <br> Williamsville, NY 14221 | X | - | 2001 <br><br> Accountant services | | | | $    6,000.00 |
| Account No. 3601 <br><br> Chubb & Son <br> 202 Hall's Mill Road <br> PO Box 1600 <br> Whitehouse Station, NJ 08889 | | - | 2002 <br><br> Insurance | | | | $       219.00 |
| Account No. 0415 <br><br> Citibank <br> PO Box 8113 <br> South Hackensack, NJ 07606 | | - | 1986 <br><br> Credit | | | | $    5,060.00 |

Sheet no. _3_ of _25_ continuation sheets attached to the Schedule of Creditors
Holding Unsecured Nonpriority Claims

Subtotal <
(Total of this page)        19,736.00

Copyright (c) 1996 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

In re  Timothy S. Ortolani _____ ,  Case No._____

                                           Debtor

## SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 3857<br><br>Citibank Ready Credit<br>PO Box 8115<br>South Hackensack, NJ 07606 | | - | 1986<br><br>Credit | | | | $          1,270.00 |
| Account No.<br><br>Clair Montroy, III<br>PO Box 816<br>Orchard Park, NY 14127 | | - | Duplicate for Zenner & Ritter | | | | $        Duplicate |
| Account No.<br><br>Collectcorp Inc.<br>415 Yonge Street<br>Suite 700<br>Toronto, Ontario   Canada M5B-2E7 | | - | Duplicate for CIBC | | | | $        Duplicate |
| Account No.<br><br>Colonial Pacific Leasing<br>7659 Mohawk Street<br>PO Box 1100<br>Tualatin, OR 97062 | X | - | 1996<br><br>Business debt | | | | $                  1.00 |
| Account No.<br><br>Corvette Cleaners<br>530 Kenmore Avenue<br>Buffalo, NY 14216 | | - | 2000<br><br>Services | | | | $             332.00 |

Sheet no. _4_ of _25_ continuation sheets attached to the Schedule of Creditors
Holding Unsecured Nonpriority Claims

Subtotal <
(Total of this page)

1,603.00

Copyright (c) 1996 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

In re  Timothy S. Ortolani                                              ,     Case No._____
                                                                Debtor

# SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Credit Acceptance<br>PO Box 513<br>Southfield, MI 48037 | | - | 2002<br><br>Auto Loan | | | | $          10,000.00 |
| Account No.<br><br>Creditors Interchange<br>PO Box 1335<br>Cheektowaga, NY 14240 | | - | Duplicate for HSBC | | | | $          Duplicate |
| Account No.<br><br>Creditors Interchange<br>PO Box 1335<br>Cheektowaga, NY 14240 | | - | Duplicate for Rural Metro | | | | $          Duplicate |
| Account No.<br><br>Damon & Morey<br>1000 Cathedral Place<br>298 Main Street<br>Buffalo, NY 14202 | | - | Duplicate for Western New York Building Products | | | | $          Duplicate |
| Account No.<br><br>David Finley, Esq.<br>25 W. Prospect Avenue #704R<br>Cleveland, OH 44115 | | - | Duplicate for Delta Craft | | | | $          Duplicate |

Sheet no.  5  of  25  continuation sheets attached to the Schedule of Creditors
Holding Unsecured Nonpriority Claims

Subtotal <
(Total of this page)          10,000.00

Copyright (c) 1996 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

In re  Timothy S. Ortolani_____,  Case No._____

                                                        Debtor

## SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No.**<br>Davis Auguello Matteliano<br>17 Court Street<br>Buffalo, NY 14202 | | - | 2000<br><br>Service | | | | $ 3,000.00 |
| **Account No.**<br>Deltacraft Co.<br>PO Box 931539<br>Cleveland, OH 44193 | X | - | 2000<br><br>Business debt | | | | $ 35,344.00 |
| **Account No.**<br>Demerly Moving<br>4735  Genesee Street<br>Cheektowaga, NY 14225 | | - | 2002<br><br>Service | | | | $ 1,500.00 |
| **Account No.**<br>Diversified Adjustment Services, Inc.<br>PO Box 32145<br>Minneapolis, MN 55432 | | - | Duplicate for Sprint | | | | $ Duplicate |
| **Account No.**<br>DMR Contracting<br>756 Edgewater Drive<br>W. Amherst, NY 14228 | | - | 1994<br><br>Judgment | X | | | $ 140,000.00 |

Sheet no.  6  of  25  continuation sheets attached to the Schedule of Creditors
Holding Unsecured Nonpriority Claims

Subtotal <
(Total of this page)  179,844.00

Copyright (c) 1996 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re   Timothy S. Ortolani                                          ,     Case No._____
                                                    Debtor

# SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Draves Tree Service<br>1821 Shavvick Road<br>Darien Center, NY 14040 | | - | 2000<br>Service | | | | $          4,000.00 |
| Account No.<br>Duke Holzman Yaeger & Photiadis LLP<br>1800 Main Place Tower<br>Buffalo, NY 14202 | | - | Duplicate for Anthony F. Perna | | | | $          Duplicate |
| Account No.<br>Dun & Bradstreet RMS<br>6500  Rockside Avenue<br>PO Box 31845<br>Independence, OH 44131 | | | Duplicate Chubb & Sons | | | | $          Duplicate |
| Account No.<br>Edward M. Sibble<br>230 Ocean Beach Trail<br>Vero Beach, FL 32963 | | - | 1994<br>Personal loan | | | | $          40,855.00 |
| Account No.<br>Empire National Leasing, Inc.<br>170 Northpointe, Suite B<br>Amherst, NY 14228 | X | - | 1996<br>Business debt | | | | $          170,030.00 |

Sheet no. _7_ of _25_ continuation sheets attached to the Schedule of Creditors
Holding Unsecured Nonpriority Claims

Subtotal <
(Total of this page)                214,885.00

Copyright (c) 1996 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

In re   Timothy S. Ortolani _____ ,   Case No._____

                                                    Debtor

# SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>Enhanced Recover Corporation<br>10550 Deerwood Park Blvd.<br>Jacksonville, FL 32256 | | - | | Duplicate for MBNA | | | | $        Duplicate |
| Account No.<br><br>Erie County Water Authority<br>350 Ellicott Square Building<br>Buffalo, NY 14203 | | - | | 2000<br><br>Services | | | | $          784.00 |
| Account No.<br><br>Falk & Siemer<br>2600 Main Place Tower<br>Buffalo, NY 14202 | X | - | | 2000<br><br>Service | | | | $       5,000.00 |
| Account No.<br><br>Financial Asset Management Systems<br>PO Box 926050<br>Norcross, GA 30010 | | - | | Duplicate for Sprint | | | | $        Duplicate |
| Account No.<br><br>First Financial Asset Management, Inc.<br>PO Box 6887<br>Miramar Beach, FL 32550 | | - | | 1986<br><br>Credit | | | | $      14,286.00 |

Sheet no.  8  of  25  continuation sheets attached to the Schedule of Creditors
Holding Unsecured Nonpriority Claims

Subtotal <
(Total of this page)          20,070.00

Copyright (c) 1996 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                           Best Case Bankruptcy

In re Timothy S. Ortolani _____, Case No._____
                                    Debtor

# SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 9831<br><br>First Niagara Bank<br>6950 S. Transit Road<br>Lockport, NY 14094 | | - | 2000<br><br>Credit | | | | $ 2,631.00 |
| Account No. 0776<br><br>Fleet Bank<br>5529 Main Street<br>Williamsville, NY 14221 | | - | 2002<br><br>Credit | | | | $ 435.00 |
| Account No.<br><br>Frederick Pierce<br>70 W. Chippewa Street<br>Buffalo, NY 14202 | | - | 2000<br><br>Personal Loan | | | | $ 70,000.00 |
| Account No.<br><br>GC Service Limited<br>6330 Gulfton<br>Houston, TX 77081 | | - | Duplicate for MCI | | | | $ Duplicate |
| Account No.<br><br>General Electric Credit<br>c/o Oppenheimer Wolfe & Donnelly<br>The Chrysler East Building<br>666 Third Avenue, Suite 1900<br>New York, NY 10017 | X | - | 1997<br><br>Business debt | | | | $ 250,588.00 |

Sheet no. __9__ of __25__ continuation sheets attached to the Schedule of Creditors
Holding Unsecured Nonpriority Claims

Subtotal <
(Total of this page) 323,654.00

Copyright (c) 1996 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

In re  Timothy S. Ortolani                                    ,    Case No._____

                                                Debtor

# SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Gleason Nursery <br> 4780 Sheridan Drive <br> Williamsville, NY 14221 | | - | 2001 <br><br> Service | | | | $ 2,500.00 |
| Account No. <br><br> Global Credit & Collecting <br> 800-15 Wertheim Court <br> Richmond Hill, Ontario Canada  L4B-3H7 | | - | Duplicate for CIBC | | | | $ Duplicate |
| Account No. <br><br> Goldstein Bulan & Chiari <br> 14 Lafayette Square <br> Buffalo, NY 14203 | | - | Duplicate for MJ Peterson | | | | $ Duplicate |
| Account No. <br><br> Great Lake Motors <br> 8185 Main Street <br> Williamsville, NY 14221 | | - | 2001 <br><br> Service | | | | $ 1,300.00 |
| Account No. <br><br> Harter Secrest & Emerry LLP <br> Twelve Fountain Plaza <br> Suite 400 <br> Buffalo, NY 14202 | | - | Duplicate for HSBC Bank | | | | $ Duplicate |

Sheet no.  10  of  25  continuation sheets attached to the Schedule of Creditors
Holding Unsecured Nonpriority Claims

Subtotal <
(Total of this page)            3,800.00

Copyright (c) 1996 - Best Case Solutions, Inc. - Evanston, IL - 1-800-492-8037

Best Case Bankruptcy

In re  Timothy S. Ortolani                                          ,    Case No._____

                              Debtor

# SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Hiscock & Barclay<br>1100 M & T Center<br>3 Fountain Plaza<br>Buffalo, NY 14203 | X | - | Duplicate for O'Connell Lucas Chelf | | | | $          Duplicate |
| Account No.<br>Howard Wilinski, MD<br>765 Wehrle Drive<br>Buffalo, NY 14225 | | - | 2002<br><br>Medical Services | | | | $          1,480.00 |
| Account No. 2234<br>HSBC<br>Suite 0627<br>Buffalo, NY 14270 | | - | 1988<br><br>Credit | | | | $          2,967.00 |
| Account No.<br>HSBC<br>1 HSBC Center<br>Buffalo, NY 14203 | | - | 1993<br><br>Business debt | | | | $       3,143,638.00 |
| Account No.<br>HSBC<br>1 HSBC Center<br>Buffalo, NY 14203 | | - | 1994<br><br>Personal Loan | | | | $          250,000.00 |

Sheet no.  11  of  25  continuation sheets attached to the Schedule of Creditors
Holding Unsecured Nonpriority Claims

Subtotal <
(Total of this page)          3,398,085.00

Copyright (c) 1996 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re   Timothy S. Ortolani_____,   Case No._____
                                                        Debtor

# SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br> HSBC <br> 1 HSBC Center <br> Buffalo, NY 14203 | X | - | | 1993 <br><br> Business debt | | | | $ 3,050,000.00 |
| Account No. <br> HSBC <br> 1 HSBC Center <br> 26th Floor (Special Credits) <br> Buffalo, NY 14203 | X | - | | 1994 <br><br> Personal loan | | | | $ 300,000.00 |
| Account No. 6609 <br> HSBC Bank <br> Suite 0627 <br> Buffalo, NY 14203 | - | | | 1981 <br><br> Credit | | | | $ 15,186.00 |
| Account No. <br> Internal Revenue Service <br> Insolvency Group 1 <br> POB 266, Niagara Square Station <br> 111 West Huron Street <br> Buffalo, NY 14202 | X | - | | 1993, 1994, 1995, 1996, 1997, 1998, 1999, 2000 & 2001 <br><br> Income Tax | | | | $ 100,000.00 <br> (approx) |
| Account No. <br> J. Mackenzie Ltd. <br> 275 Commerce Drive <br> Rochester, NY 14623 | X | - | | 2000 <br><br> Business debt | | | | $ 1.00 |

Sheet no.  12  of  25  continuation sheets attached to the Schedule of Creditors
Holding Unsecured Nonpriority Claims

Subtotal <
(Total of this page)    3,465,187.00

Copyright (c) 1996 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

In re  Timothy S. Ortolani _____ ,    Case No._____
                                              Debtor

## SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> James Kilkowski, Esq. <br> 1900 Avenue of the Stars <br> Suite 2500 <br> Los Angeles, CA 90067 | | - | Duplicate for Bumpy Slide Books | | | | $  Duplicate |
| Account No. <br> Knab Builders <br> 20 James Street <br> Tonawanda, NY 14150 | | - | 1994 <br><br> Service | X | | | $  60,000.00 |
| Account No. <br> Kohler Awning <br> 2600 Walden Avenue <br> Cheektowaga, NY 14225 | | - | 2000 <br><br> Service | | | | $  133.00 |
| Account No. <br> Lacy Katz & Ryan <br> 130 East Main Street <br> Rochester, NY 14604 | X | - | Duplicate for Atlantic Plywood | | | | $  Duplicate |
| Account No. <br> Leonard Kotylo <br> 702-415 Yonge Street <br> Toronto, Ontario  Canada  M5B-2E7 | | - | 2001 <br><br> Credit | | | | $  1,000.00 |

Sheet no. __13__ of __25__ continuation sheets attached to the Schedule of Creditors
Holding Unsecured Nonpriority Claims

Subtotal <
(Total of this page)    61,133.00

Copyright (c) 1996 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re  Timothy S. Ortolani _____ ,  Case No._____

                                                              Debtor

## SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Maryann Rizzo<br>801 LeBrun Road<br>Eggertsville, NY 14226 | | - | 1997<br><br>Mortgage | | | | $          1.00 |
| Account No. 9259<br><br> MBNA America<br>PO Box 15137<br>Wilmington, DE 19886 | | - | 1986<br><br>Credit | | | | $     27,120.00 |
| Account No. <br><br> MBNA America<br>PO Box 15137<br>Wilmington, DE 19886 | | - | 1986<br><br>Credit | | | | $      1,464.00 |
| Account No. 4384<br><br> MBNA America<br>PO Box 15137<br>Wilmington, DE 19886 | | - | 1986<br><br>Credit | | | | $     16,384.00 |
| Account No. <br><br> MCI<br>PO Box 52252<br>Phoenix, AZ 85072 | | - | 2000<br><br>Service | | | | $        754.00 |

Sheet no.  14  of  25  continuation sheets attached to the Schedule of Creditors
Holding Unsecured Nonpriority Claims

Subtotal <
(Total of this page)         45,723.00

Copyright (c) 1996 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                 Best Case Bankruptcy

In re  Timothy S. Ortolani                                                    ,        Case No._____

                                                          Debtor

# SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br> Mercantile Adjustment Bureau, LLC <br> PO Box 9315A <br> Rochester, NY 14604 | | - | | Duplicate for First Niagara Bank overdraft | | | | $         Duplicate |
| Account No. <br> Mitchell N. Kay <br> PO Box 9006 <br> Smithtown, NY 11787 | | - | | Duplicate for HSBC | | | | $         Duplicate |
| Account No. <br> MJ Peterson <br> 501 John James Audubon Parkway <br> Amherst, NY 14228 | | - | | 2000 <br><br> Judgment | | | | $         15,000.00 |
| Account No. <br> Morris Himmel <br> 10065 North 78th Place <br> Scottsdale, AZ 85258 | X | - | | 1900 <br><br> Personal Loan | | | | $      2,000,000.00 <br> (approx) |
| Account No. 2107 <br> National Fuel Gas <br> Apple Tree Business Park <br> 2875 Union Road, Suite 11 <br> Cheektowaga, NY 14227 | | - | | 1999 <br><br> Services | | | | $         7,210.00 |

Sheet no. _15_ of _25_ continuation sheets attached to the Schedule of Creditors
Holding Unsecured Nonpriority Claims

Subtotal <
(Total of this page)                     2,022,210.00

Copyright (c) 1996 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                                       Best Case Bankruptcy

In re Timothy S. Ortolani_____, Case No._____

                                          Debtor

## SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. NCO 507 Prudential Road Horsham, PA 19044 | | - | | | Duplicate for MCI | | | | $         Duplicate |
| Account No. NCO Financial Systems, Inc. PO Box 41417 Philadelphia, PA 19101 | | - | | | Duplicate for Bank of America | | | | $         Duplicate |
| Account No. NCO Financial Systems, Inc. PO Box 41417 Philadelphia, PA 19101 | | - | | | Duplicate for Progressive Insurance | | | | $         Duplicate |
| Account No. NCO Financial Systems, Inc. PO Box 41417 Philadelphia, PA 19101 | | - | | | Duplicate for Fleet Bank | | | | $         Duplicate |
| Account No. Niagara Frontier Credit PO Box 620 Kenmore, NY 14217 | | - | | | Duplicate for Cardiographic Assoc. | | | | $         Duplicate |

Sheet no. _16_ of _25_ continuation sheets attached to the Schedule of Creditors
Holding Unsecured Nonpriority Claims

Subtotal <
(Total of this page)                0.00

Copyright (c) 1996 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                    Best Case Bankruptcy

In re  Timothy S. Ortolani                                    ,    Case No._____
                                                    Debtor

# SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 2119<br><br>Niagara Mohawk Power<br>Bankruptcy Department<br>PO Box 5026<br>Buffalo, NY 14205 | | - | 1999+<br><br>Services | | | | $ 1,555.00 |
| Account No.<br><br>NiCraft Paper Co.<br>PO Box 931539<br>Cleveland, OH 44193 | X | - | 1999<br><br>Business debt | | | | $ 29,212.00 |
| Account No.<br><br>Nishirma & Saunders, LLP.<br>PO Box 2007<br>El Segundo, CA 90245 | X | - | 1996<br><br>Business debt | | | | $ 6,257.00 |
| Account No.<br><br>Northland Group, Inc.<br>PO Box 390846<br>Minneapolis, MN 55439 | | - | Duplicate for MBNA | | | | $ Duplicate |
| Account No.<br><br>Northland Group, Inc.<br>PO Box 390905<br>Edina, MN 55439 | | - | Duplicate for Citibank | | | | $ Duplicate |

Sheet no. __17__ of __25__ continuation sheets attached to the Schedule of Creditors
Holding Unsecured Nonpriority Claims

Subtotal <
(Total of this page)      37,024.00

Copyright (c) 1996 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re  Timothy S. Ortolani                                                  ,     Case No._____
                                                        Debtor

## SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. _____<br>NYS Dept. of Taxation & Finance<br>Bankruptcy Unit<br>PO Box 5300<br>Albany, NY 12205-0300 | X | - | | 1993, 1994, 1995, 1997, 1998, 1999, 2000 & 2001<br><br>Income Tax | | | | $     104,442.00<br>(approx) |
| Account No. _____<br>O'Connell Lucas Chelf<br>3240 Main Street<br>Buffalo, NY 14214 | | - | | 1999<br><br>Credit | | | | $     1,653.00 |
| Account No. _____<br>Oppenheimer Wolf & Donnelly LLP<br>Chrysler East Building<br>666 Third Avenue<br>Suite 1900<br>New York, NY 10017 | | - | | Duplicate for General Electric Capital Corporation | | | | $     Duplicate |
| Account No. _____<br>Orix<br>PO Box 1668<br>Pittsburgh, PA 15220 | X | - | | 1995<br><br>Business debt | | | | $     476,491.00 |
| Account No. _____<br>Orix Credit Alliance<br>100 Dutch Hill Road<br>PO Box 174<br>Orangeburg, NY 10962 | X | - | | 1995<br><br>Business debt | | | | $     1.00 |

Sheet no.  18  of  25  continuation sheets attached to the Schedule of Creditors
Holding Unsecured Nonpriority Claims

Subtotal <
(Total of this page)

582,587.00

Copyright (c) 1996 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    Timothy S. Ortolani                                                    ,    Case No._____
                                                          Debtor

## SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Orix Financial Services <br> c/o Law Offices of Michael F. J. Romano <br> 52 Newton Avenue <br> PO Box 456 <br> Woodbury, NJ 08096 | X | - | 1995 <br><br> Duplicate for Orix | | | | $        Duplicate |
| Account No. <br><br> Phillips Lytle <br> 3400 HSBC Center <br> Buffalo, NY 14203 | X | - | 2001 <br><br> Service | | | | $        10,000.00 |
| Account No. <br><br> Picture Perfect Landscape <br> 10620 Transit Road <br> East Amherst, NY 14051 | | - | 2002 <br><br> Service | | | | $        500.00 |
| Account No. <br><br> Pitt Pietri <br> 378 Delaware Road <br> Buffalo, NY 14202 | | - | 2003 <br><br> Credit | | | | $        180.00 |
| Account No. <br><br> Plaza Associates <br> PO Box 18008 <br> Hauppauge, NY 11788 | | - | Duplicate for HSBC | | | | $        Duplicate |

Sheet no. __19__ of __25__ continuation sheets attached to the Schedule of Creditors
Holding Unsecured Nonpriority Claims

Subtotal <
(Total of this page)        10,680.00

Copyright (c) 1996 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

In re   Timothy S. Ortolani                                                    ,    Case No._____
                                                              Debtor

## SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Portfolio Recovery Associates<br>PO Box 12914<br>Norfolk, VA 23541 | | - | 1986<br><br>Credit | | | | $      14,549.00 |
| Account No.<br>Progressive<br>5924 Los Angles Avenue<br>Suite P<br>Simi Valley, CA 93063 | | - | Duplicate for MCI | | | | $      Duplicate |
| Account No.<br>Progressive Insurance<br>P.O. Box 6807<br>Cleveland, OH 44101 | | - | 2002<br><br>Services | | | | $         190.00 |
| Account No. 2556<br>Providian Visa<br>PO Box 9539<br>Manchester, NH 03108 | | - | 1994<br><br>Credit | | | | $        2,328.00 |
| Account No.<br>Robert Lauta<br>67 Parkhaven Drive<br>Amherst, NY 14225 | | - | 2003<br><br>Personal obligation | | | | $        5,000.00 |

Sheet no.  20  of  25  continuation sheets attached to the Schedule of Creditors          Subtotal <
Holding Unsecured Nonpriority Claims                                        (Total of this page)    22,067.00

Copyright (c) 1996 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re  Timothy S. Ortolani                                              ,        Case No._____

                                                    Debtor

# SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Rural Metro Medical<br>Church Street Station<br>PO Box 6674<br>New York, NY 10249 | | - | 2000<br><br>Services | | | | $          424.00 |
| Account No.<br><br>Saperston & Day PC<br>1100 M & T Center<br>3 Fountain Plaza<br>Buffalo, NY 14203 | | - | Duplicate for Morris Himmel | | | | $      Duplicate |
| Account No.<br><br>Security Cedit Systems<br>1250 Niagara Street<br>Buffalo, NY 14213 | | - | Duplicate for Erie County Water Authority | | | | $      Duplicate |
| Account No.<br><br>Security Credit Systems<br>PO Box 846<br>Buffalo, NY 14240 | | - | Duplicate for Western New York Institute of Psychotherapy | | | | $      Duplicate |
| Account No.<br><br>Security Credit Systems<br>PO Box 846<br>Buffalo, NY 14240 | | - | Duplicate for Howard Wilmsky, MD | | | | $      Duplicate |

Sheet no.  21  of  25  continuation sheets attached to the Schedule of Creditors
Holding Unsecured Nonpriority Claims

Subtotal <
(Total of this page)                424.00

Copyright (c) 1996 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                    Best Case Bankruptcy

In re    Timothy S. Ortolani                                              ,    Case No._____

                                        Debtor

# SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Solomon and Solomon, P.C.<br>Columbia Circle, Box 15109<br>Albany, NY 12212-5019 | | - | 1986<br><br>Credit | | | | $ 7,262.00 |
| Account No.<br><br>Suzanne Morris<br>2743 Ocean  Drive, #46<br>Vero Beach, FL 32963 | | - | 1994<br><br>Home Equity | | | | $ 200,000.00 |
| Account No.<br><br>Thecly L. Ortolani<br>86 Walton Drive<br>Snyder, NY 14226 | | - | Duplicate for NYS, IRS & Himmel | | | | $ 1,500,000.00<br>(approx) |
| Account No.<br><br>Tice Associates<br>PO Box 646<br>Buffalo, NY 14217 | | - | Duplicate for Pitt Pietri | | | | $ Duplicate |
| Account No. 4100<br><br>Time Life<br>1450 E. Pavham Road<br>Richmond, VA 23280 | | - | 1998<br><br>Credit | | | | $ 90.00 |

Sheet no. _22_ of _25_ continuation sheets attached to the Schedule of Creditors
Holding Unsecured Nonpriority Claims

Subtotal <
(Total of this page)         1,707,352.00

Copyright (c) 1996 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re  Timothy S. Ortolani _____ ,   Case No._____

                                                          Debtor

## SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> Turf Doctor <br> 9111 Hillview Drive <br> Clarence, NY 14031 | | - | 1999 <br><br> Service | | | | $ 408.00 |
| Account No. 2483 <br> University at Buffalo <br> 232 Capen Hall <br> Buffalo, NY 14260 | | - | 2004 <br><br> Tuition | | | | $ 748.00 |
| Account No. <br> USAA Federal Savings Bank <br> 10750 McDermott Freeway <br> San Antonio, TX 78288 | | - | 1986 <br><br> Credit | | | | $ 645.00 |
| Account No. <br> Van RV Credit Corp. <br> 8550 Ulmerton Road <br> Largo, FL 33771 | | - | Duplicate for Providian Visa | | | | $ Duplicate |
| Account No. <br> Verizon <br> Attn:  Bankruptcy <br> PO Box 6360 <br> Syracuse, NY 13217 | | - | 1999 <br><br> Service | | | | $ 225.00 |

Sheet no. __23__ of __25__ continuation sheets attached to the Schedule of Creditors
Holding Unsecured Nonpriority Claims

Subtotal <
(Total of this page)        2,026.00

Copyright (c) 1996 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037   Best Case Bankruptcy

In re    Timothy S. Ortolani                                                    ,    Case No._____
                                                                          Debtor

## SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> Western New York Building Products <br> 2580 Walden Avenue <br> Buffalo, NY 14225 | | - | 1994 <br> Home | | | | $ 1.00 |
| Account No. <br> Western New York Institute <br> of Psychotherapy <br> 315 Albert Drive <br> Amherst, NY 14226 | | - | 2000 <br> Service | | | | $ 900.00 |
| Account No. <br> William Lawson, Esq. <br> 500 Convention Center <br> Buffalo, NY 14202 | X | - | Duplicate for Carton Craft | | | | $ Duplicate |
| Account No. <br> William P. Tucker <br> 1004 Waterside Drive <br> Celebration, FL 34747 | | - | 2002 <br> Business debt | | | | $ 300,000.00 |
| Account No. <br> Xerox Corporation <br> PO Box 7598 <br> Philadelphia, PA 19101 | X | - | 1995 <br> Business debt | | | | $ 1.00 |

Sheet no. _24_ of _25_ continuation sheets attached to the Schedule of Creditors
Holding Unsecured Nonpriority Claims

Subtotal <
(Total of this page)          300,902.00

Copyright (c) 1996 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re  Timothy S. Ortolani                                                    ,        Case No._____
                                                          Debtor

# SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>Zenner & Ritter<br>3404 Bailey Avenue<br>Buffalo, NY 14215 | | - | 2002 <br><br>Service | | | | $              110.00 |
| Account No. | | | | | | | $ |
| Account No. | | | | | | | $ |
| Account No. | | | | | | | $ |
| Account No. | | | | | | | $ |

Sheet no.  25  of  25  continuation sheets attached to the Schedule of Creditors
Holding Unsecured Nonpriority Claims

| | Subtotal < (Total of this page) | $ | 110.00 |
|---|---|---|---|
| | Total < (Report on Summary of Schedules) | $ | 12,849,228.00 |

Copyright (c) 1996 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re   **Timothy S. Ortolani** _____ ,    Case No. _____

                                        Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:   A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate
             schedule of creditors.

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Debtor leases 2004 Chevrolet Tahoe through Basil Lease Corp.** | |

  **0**   continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                             Best Case Bankruptcy

In re    **Timothy S. Ortolani**                                  ,   Case No. _____

                                             Debtor

# SCHEDULE H. CODEBTORS

      Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Carton Craft Corporation**<br>**115 Ash Street**<br>**Buffalo, NY 14204** | **Deltacraft Co.**<br>**PO Box 931539**<br>**Cleveland, OH 44193** |
| **Carton Craft Corporation**<br>**115 Ash Street**<br>**Buffalo, NY 14204** | **Phillips Lytle**<br>**3400 HSBC Center**<br>**Buffalo, NY 14203** |
| **Carton Craft Corporation**<br>**115 Ash Street**<br>**Buffalo, NY 14204** | **Chiampou Travis**<br>**5110 Main Street**<br>**Williamsville, NY 14221** |
| **Carton Craft Corporation**<br>**115 Ash Street**<br>**Buffalo, NY 14204** | **Bumpy Slide Books**<br>**c/o James Kilkowski, Esq.**<br>**1900 Avenue of the Stars**<br>**Suite 2500**<br>**Los Angeles, CA 90067** |
| **Carton Craft Corporation**<br>**115 Ash Street**<br>**Buffalo, NY 14204** | **Falk & Siemer**<br>**2600 Main Place Tower**<br>**Buffalo, NY 14202** |
| **Carton Craft Corporation**<br>**115 Ash Street**<br>**Buffalo, NY 14204** | **Empire National Leasing, Inc.**<br>**170 Northpointe, Suite B**<br>**Amherst, NY 14228** |
| **Carton Craft Corporation**<br>**115 Ash Street**<br>**Buffalo, NY 14204** | **Nishirma & Saunders, LLP.**<br>**PO Box 2007**<br>**El Segundo, CA 90245** |
| **Carton Craft Corporation**<br>**115 Ash Street**<br>**Buffalo, NY 14204** | **NiCraft Paper Co.**<br>**PO Box 931539**<br>**Cleveland, OH 44193** |
| **Carton Craft Corporation**<br>**115 Ash Street**<br>**Buffalo, NY 14204** | **William Lawson, Esq.**<br>**500 Convention Center**<br>**Buffalo, NY 14202** |
| **Carton Craft Corporation**<br>**115 Ash Street**<br>**Buffalo, NY 14204** | **Atlantic Plywood**<br>**PO Box 2705**<br>**Woburn, MA 01888** |
| **Carton Craft Corporation**<br>**115 Ash Street**<br>**Buffalo, NY 14204** | **Lacy Katz & Ryan**<br>**130 East Main Street**<br>**Rochester, NY 14604** |

  **2**   continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **Timothy S. Ortolani**
_____,    Case No. _____
                                    Debtor

# SCHEDULE H. CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Carton Craft Corporation**<br>**115 Ash Street**<br>**Buffalo, NY 14204** | **HSBC**<br>**1 HSBC Center**<br>**Buffalo, NY 14203** |
| **Carton Craft Corporation**<br>**115 Ash Street**<br>**Buffalo, NY 14204** | **HSBC**<br>**1 HSBC Center**<br>**26th Floor (Special Credits)**<br>**Buffalo, NY 14203** |
| **Carton Craft Corporation**<br>**115 Ash Street**<br>**Buffalo, NY 14204** | **Orix Financial Services**<br>**c/o Law Offices of Michael F. J. Romano**<br>**52 Newton Avenue**<br>**PO Box 456**<br>**Woodbury, NJ 08096** |
| **Carton Craft Corporation**<br>**115 Ash Street**<br>**Buffalo, NY 14204** | **Orix**<br>**PO Box 1668**<br>**Pittsburgh, PA 15220** |
| **Carton Craft Corporation**<br>**115 Ash Street**<br>**Buffalo, NY 14204** | **General Electric Credit**<br>**c/o Oppenheimer Wolfe & Donnelly**<br>**The Chrysler East Building**<br>**666 Third Avenue, Suite 1900**<br>**New York, NY 10017** |
| **Carton Craft Corporation**<br>**115 Ash Street**<br>**Buffalo, NY 14204** | **Orix Credit Alliance**<br>**100 Dutch Hill Road**<br>**PO Box 174**<br>**Orangeburg, NY 10962** |
| **Carton Craft Corporation**<br>**115 Ash Street**<br>**Buffalo, NY 14204** | **Colonial Pacific Leasing**<br>**7659 Mohawk Street**<br>**PO Box 1100**<br>**Tualatin, OR 97062** |
| **Carton Craft Corporation**<br>**115 Ash Street**<br>**Buffalo, NY 14204** | **American Capital Resources**<br>**3 University Plaza**<br>**Hackensack, NJ 07601** |
| **Carton Craft Corporation**<br>**115 Ash Street**<br>**Buffalo, NY 14204** | **Xerox Corporation**<br>**PO Box 7598**<br>**Philadelphia, PA 19101** |
| **Carton Craft Corporation**<br>**115 Ash Street**<br>**Buffalo, NY 14204** | **J. Mackenzie Ltd.**<br>**275 Commerce Drive**<br>**Rochester, NY 14623** |
| **Carton Craft Corporation**<br>**115 Ash Street**<br>**Buffalo, NY 14204** | **Hiscock & Barclay**<br>**1100 M & T Center**<br>**3 Fountain Plaza**<br>**Buffalo, NY 14203** |

Sheet ___1___ of ___2___ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **Timothy S. Ortolani**                                 ,     Case No. _____

Debtor

<h1 align="center">SCHEDULE H. CODEBTORS</h1>
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Morris Himmel**<br>**10065 North 78th Place**<br>**Scottsdale, AZ 85258** | **HSBC**<br>**1 HSBC Center**<br>**Buffalo, NY 14203** |
| **Thecly L. Ortolani**<br>**86 Walton Drive**<br>**Snyder, NY 14226**<br>   **Ex-wife** | **Internal Revenue Service**<br>**Insolvency Group 1**<br>**POB 266, Niagara Square Station**<br>**111 West Huron Street**<br>**Buffalo, NY 14202** |
| **Thecly L. Ortolani**<br>**86 Walton Drive**<br>**Snyder, NY 14226**<br>   **Ex-wife** | **NYS Dept. of Taxation & Finance**<br>**Bankruptcy Unit**<br>**PO Box 5300**<br>**Albany, NY 12205-0300** |
| **Thecly L. Ortolani**<br>**86 Walton Drive**<br>**Snyder, NY 14226** | **Morris Himmel**<br>**10065 North 78th Place**<br>**Scottsdale, AZ 85258** |

Sheet __2__ of __2__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

Form B6I
(12/03)

In re __**TIMOTHY S. ORTOLANI**_____     Case No. _____
                          Debtor(s)

# SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP | AGE |
| | | |

| EMPLOYMENT | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | **Disability** | |
| How long employed | | |
| Address of Employer | | |

| INCOME:  (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $        0.00 | $        N/A |
| Estimated monthly overtime | $        0.00 | $        N/A |
| SUBTOTAL | $        0.00 | $        N/A |
| LESS PAYROLL DEDUCTIONS | | |
| a.  Payroll taxes and social security | $        0.00 | $        N/A |
| b.  Insurance | $        0.00 | $        N/A |
| c.  Union dues | $        0.00 | $        N/A |
| d.  Other (Specify) | $        0.00 | $        N/A |
| | $        0.00 | $        N/A |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $        0.00 | $        N/A |
| TOTAL NET MONTHLY TAKE HOME PAY | $        0.00 | $        N/A |
| Regular income from operation of business or profession or farm (attach detailed statement) | $        0.00 | $        N/A |
| Income from real property | $        0.00 | $        N/A |
| Interest and dividends | $        0.00 | $        N/A |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $        0.00 | $        N/A |
| Social security or other government assistance (Specify) | $     2,415.00 | $        N/A |
| | $        0.00 | $        N/A |
| Pension or retirement income   **Guardian Life Insurance** | $     2,585.00 | $        N/A |
| Other monthly income (Specify)   **Mass Mutual Inc. Co.** | $     3,200.00* | $        N/A |
| | $        0.00 | $        N/A |
| TOTAL MONTHLY INCOME | $     8,200.00 | $        N/A |

TOTAL COMBINED MONTHLY INCOME          $ _____ 8,20000          (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

          ***certain support obligations paid directly out to Thecly L. Ortolani .**

In re **Timothy S. Ortolani** _____ , Case No. _____

                              Debtor

## SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) . . . . . . . . . . . . . . . . . . . . . . . . | $ 800.00 |
| Are real estate taxes included?   Yes_____   No____**X**____ | |
| Is property insurance included?   Yes_____   No____**X**____ | |
| Utilities:  Electricity and heating fuel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 200.00 |
|      Water and sewer . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 0.00 |
|      Telephone . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 80.00 |
|      Other_____**Cable**_____ | $ 30.00 |
| Home maintenance (repairs and upkeep) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 0.00 |
| Food . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 150.00 |
| Clothing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 50.00 |
| Laundry and dry cleaning . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 20.00 |
| Medical and dental expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 500.00 |
| Transportation (not including car payments) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 200.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. . . . . . . . . . . . . . . . . . . . . . . . . | $ 605.00 |
| Charitable contributions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|      Homeowner's or renter's . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 30.00 |
|      Life . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 650.00 |
|      Health . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 150.00 |
|      Auto . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 250.00 |
|      Other_____ | $ 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | |
|      (Specify)_____**Income Tax**_____ . . . . . . . | $ 2,900.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan.) | |
|      Auto . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 800.00 |
|      Other_____**Dependent Tuition**_____ . . . . . . . | $ 1,600.00 |
|      Other_____ . . . . . . . | $ 0.00 |
|      Other_____ . . . . . . . | $ 0.00 |
| Alimony, maintenance, and support paid to others . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 0.00 |
| Payments for support of additional dependents not living at your home . . . . . . . . . . . . . . . . . . . . . | $ 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) . . . . . . | $ 0.00 |
| Other_____**Miscellaneous expenses including gifts, grooming, etc.**____ . . . . . . . | $ 100.00 |
| Other_____ . . . . . . . | $ 0.00 |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) . . . . . . . . . . . . . . . . . . . | $ 9,115.00 |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---|
| A. Total projected monthly income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ **N/A** |
| B. Total projected monthly expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ **N/A** |
| C. Excess income (A minus B) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ **N/A** |
| D. Total amount to be paid into plan each _____ . . . . . . . | $ **N/A** |
| (interval) | |

# United States Bankruptcy Court
## Western District of New York

In re **Timothy S. Ortolani**                                                Case No. _____

_____                        Chapter    **7**    _____
                        Debtor(s)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

      I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**42**__ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date **February 17, 2005** _____          Signature    **/s/ Timothy S. Ortolani** _____

                                                  **Timothy S. Ortolani**
                                                  Debtor

    *Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of New York

In re   **TIMOTHY S. ORTOLANI**                                    Case No. _____

                                             Debtor(s)          Chapter   **7** _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None
☒

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

       AMOUNT               SOURCE (if more than one)

### 2. Income other than from employment or operation of business

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

       AMOUNT               SOURCE
       **Disability Benefits**

Case 1-05-11080-CLB,    Doc 1,    Filed 02/17/05,    Entered 02/17/05 11:47:18,
Description: Main Document , Page 44 of 63

### 3. Payments to creditors

None ☐   a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Anthony Perna has been paid  $500.00 a month on account** | | | |

None ☒   b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Only supplemental proceedings to previous taken judgments.** | | | |

None ☒   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ☐   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **1999 Dodge Durango voluntarily returned to Credit Acceptance.** | | |

### 6. Assignments and receiverships

None ☒   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☒    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ☒    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ☒    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None ☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **To Robert B. Gleichenhaus, Esq., for this case.** | | |

### 10. Other transfers

None ☒    List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

### 11. Closed financial accounts

None ☒    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes


None

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs


None

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person


None

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15. Prior address of debtor


None

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **5854 Main Street** | | |
| **Williamsville, New York 14221** | | |

### 16. Spouses and Former Spouses


None

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ☒ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☒ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☒ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ☐ a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Debtor was an officer, director & sole shareholder of Carton Craft Corp. a defunct Delaware Corporation which ceased doing business in 2002.** | | | | |

None ☒ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date **February 17, 2005**                    Signature  **/s/ Timothy S. Ortolani**
                                                         **TIMOTHY S. ORTOLANI**
                                                         Debtor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

Official Form 8
(12/03)

# United States Bankruptcy Court
## Western District of New York

In re    **Timothy S. Ortolani**                          Case No. _____

                                     Debtor(s)            Chapter    **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.   I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.   I intend to do the following with respect to the property of the estate which secures those consumer debts:

     *a. Property to Be Surrendered.*

| Description of Property | Creditor's name |
|---|---|
| -NONE- | |

     *b. Property to Be Retained*                            *[Check any applicable statement.]*

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| -NONE- | | | | |

Date   **February 17, 2005**              Signature    **/s/ Timothy S. Ortolani**

                                                **Timothy S. Ortolani**
                                                Debtor

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of New York

In re  **TIMOTHY S. ORTOLANI**                                       Case No.
                                          Debtor(s)          Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 1,500.00 |
| For the filing of this petition I have received | | 209.00 |
| Prior to the filing of this statement I have received | $ | 1709.00 |
| Balance Due | $ | 0.00 |

2.  $ **0.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☒ Debtor          ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ☒ Debtor          ☐ Other (specify):

5.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    c.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **February 17, 2005**                  **/s/ Robert B. Gleichenhaus, Esq.**
                                                **Robert B. Gleichenhaus, Esq.**
                                                **Gleichenhaus, Marchese & Falcone, P.C.**
                                                **930 Convention Tower**
                                                **43 Court Street**
                                                **Buffalo, NY 14202**
                                                **(716) 845-6446   Fax: (716) 845-6475**

---

# United States Bankruptcy Court
## Western District of New York

In re    **Timothy S. Ortolani**                              Case No.                                      

                                   Debtor(s)       Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:    **February 17, 2005**                       **/s/ Timothy S. Ortolani**

                                            **Timothy S. Ortolani**
                                            Signature of Debtor

Software Copyright (c) 1996-2001 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

Account Solutions Group
PO Box 628
Buffalo, NY 14240


AFNI
404 Brock Drive
PO Box 3517
Bloomington, IL 61702


American Capital Resources
3 University Plaza
Hackensack, NJ 07601


Anchor Receivables Management
PO Box 41003
Norfolk, VA 23541


Anthony Perna, MD
41 Delaware Road
Kenmore, NY 14217


Associated Recovery Systems
201 Westgrand Avenue
Escondido, CA 92025


Atlantic Plywood
PO Box 2705
Woburn, MA 01888


Bankcard Services
PO Box 15137
Wilmington, DE 19886


Barden Tree Service
117 Roycroft Boulevard
Snyder, NY 14226


Beaver Landscaping
5640 Davison Road
Clarence, NY 14031


Buffalo Floor Sanding
3981 Harlem Road
Snyder, NY 14226

Bumpy Slide Books
c/o James Kilkowski, Esq.
1900 Avenue of the Stars
Suite 2500
Los Angeles, CA 90067


Cardiographic Associates
100 High Street
Buffalo, NY 14203


Carol Collard, Esq.
33 Gates Center
Buffalo, NY 14209


Carton Craft Corporation
115 Ash Street
Buffalo, NY 14204


Chase Manhattan Bank USA, N.A.
PO Box 15583
Wilmington, DE 19886


Chiampou Travis
5110 Main Street
Williamsville, NY 14221


Chubb & Son
202 Hall's Mill Road
PO Box 1600
Whitehouse Station, NJ 08889


Citibank
PO Box 8113
South Hackensack, NJ 07606


Citibank Ready Credit
PO Box 8115
South Hackensack, NJ 07606


Clair Montroy, III
PO Box 816
Orchard Park, NY 14127

Collectcorp Inc.
415 Yonge Street
Suite 700
Toronto, Ontario   Canada M5B-2E7


Colonial Pacific Leasing
7659 Mohawk Street
PO Box 1100
Tualatin, OR 97062


Corvette Cleaners
530 Kenmore Avenue
Buffalo, NY 14216


Credit Acceptance
PO Box 513
Southfield, MI 48037


Creditors Interchange
PO Box 1335
Cheektowaga, NY 14240


Damon & Morey
1000 Cathedral Place
298 Main Street
Buffalo, NY 14202


David Finley, Esq.
25 W. Prospect Avenue #704R
Cleveland, OH 44115


Davis Auguello Matteliano
17 Court Street
Buffalo, NY 14202


Deltacraft Co.
PO Box 931539
Cleveland, OH 44193


Demerly Moving
4735  Genesee Street
Cheektowaga, NY 14225

Diversified Adjustment Services, Inc.
PO Box 32145
Minneapolis, MN 55432


DMR Contracting
756 Edgewater Drive
W. Amherst, NY 14228


Draves Tree Service
1821 Shavvick Road
Darien Center, NY 14040


Duke Holzman Yaeger & Photiadis LLP
1800 Main Place Tower
Buffalo, NY 14202


Dun & Bradstreet RMS
6500 Rockside Avenue
PO Box 31845
Independence, OH 44131


Edward M. Sibble
230 Ocean Beach Trail
Vero Beach, FL 32963


Empire National Leasing, Inc.
170 Northpointe, Suite B
Amherst, NY 14228


Enhanced Recover Corporation
10550 Deerwood Park Blvd.
Jacksonville, FL 32256


Erie County Water Authority
350 Ellicott Square Building
Buffalo, NY 14203


Falk & Siemer
2600 Main Place Tower
Buffalo, NY 14202


Financial Asset Management Systems
PO Box 926050
Norcross, GA 30010

First Financial Asset Management, Inc.
PO Box 6887
Miramar Beach, FL 32550


First Niagara Bank
6950 S. Transit Road
Lockport, NY 14094


Fleet Bank
5529 Main Street
Williamsville, NY 14221


Frederick Pierce
70 W. Chippewa Street
Buffalo, NY 14202


GC Service Limited
6330 Gulfton
Houston, TX 77081


General Electric Credit
c/o Oppenheimer Wolfe & Donnelly
The Chrysler East Building
666 Third Avenue, Suite 1900
New York, NY 10017


Gleason Nursery
4780 Sheridan Drive
Williamsville, NY 14221


Global Credit & Collecting
800-15 Wertheim Court
Richmond Hill, Ontario Canada  L4B-3H7


Goldstein Bulan & Chiari
14 Lafayette Square
Buffalo, NY 14203


Great Lake Motors
8185 Main Street
Williamsville, NY 14221

Harter Secrest & Emerry LLP
Twelve Fountain Plaza
Suite 400
Buffalo, NY 14202


Hiscock & Barclay
1100 M & T Center
3 Fountain Plaza
Buffalo, NY 14203


Howard Wilinski, MD
765 Wehrle Drive
Buffalo, NY 14225


HSBC
Suite 0627
Buffalo, NY 14270


HSBC
1 HSBC Center
Buffalo, NY 14203


HSBC
1 HSBC Center
26th Floor (Special Credits)
Buffalo, NY 14203


HSBC Bank
Suite 0627
Buffalo, NY 14203


Internal Revenue Service
Insolvency Group 1
POB 266, Niagara Square Station
111 West Huron Street
Buffalo, NY 14202


J. Mackenzie Ltd.
275 Commerce Drive
Rochester, NY 14623


James Kilkowski, Esq.
1900 Avenue of the Stars
Suite 2500
Los Angeles, CA 90067

Knab Builders
20 James Street
Tonawanda, NY 14150


Kohler Awning
2600 Walden Avenue
Cheektowaga, NY 14225


Lacy Katz & Ryan
130 East Main Street
Rochester, NY 14604


Leonard Kotylo
702-415 Yonge Street
Toronto, Ontario  Canada  M5B-2E7


Maryann Rizzo
801 LeBrun Road
Eggertsville, NY 14226


MBNA America
PO Box 15137
Wilmington, DE 19886


MCI
PO Box 52252
Phoenix, AZ 85072


Mercantile Adjustment Bureau, LLC
PO Box 9315A
Rochester, NY 14604


Mitchell N. Kay
PO Box 9006
Smithtown, NY 11787


MJ Peterson
501 John James Audubon Parkway
Amherst, NY 14228


Morris Himmel
10065 North 78th Place
Scottsdale, AZ 85258

National Fuel Gas
Apple Tree Business Park
2875 Union Road, Suite 11
Cheektowaga, NY 14227


NCO
507 Prudential Road
Horsham, PA 19044


NCO Financial Systems, Inc.
PO Box 41417
Philadelphia, PA 19101


Niagara Frontier Credit
PO Box 620
Kenmore, NY 14217


Niagara Mohawk Power
Bankruptcy Department
PO Box 5026
Buffalo, NY 14205


NiCraft Paper Co.
PO Box 931539
Cleveland, OH 44193


Nishirma & Saunders, LLP.
PO Box 2007
El Segundo, CA 90245


Northland Group, Inc.
PO Box 390846
Minneapolis, MN 55439


Northland Group, Inc.
PO Box 390905
Edina, MN 55439


NYS Dept. of Taxation & Finance
Bankruptcy Unit
PO Box 5300
Albany, NY 12205-0300

O'Connell Lucas Chelf
3240 Main Street
Buffalo, NY 14214


Oppenheimer Wolf & Donnelly LLP
Chrysler East Building
666 Third Avenue
Suite 1900
New York, NY 10017


Orix
PO Box 1668
Pittsburgh, PA 15220


Orix Credit Alliance
100 Dutch Hill Road
PO Box 174
Orangeburg, NY 10962


Orix Financial Services
c/o Law Offices of Michael F. J. Romano
52 Newton Avenue
PO Box 456
Woodbury, NJ 08096


Phillips Lytle
3400 HSBC Center
Buffalo, NY 14203


Picture Perfect Landscape
10620 Transit Road
East Amherst, NY 14051


Pitt Pietri
378 Delaware Road
Buffalo, NY 14202


Plaza Associates
PO Box 18008
Hauppauge, NY 11788


Portfolio Recovery Associates
PO Box 12914
Norfolk, VA 23541

Progressive
5924 Los Angles Avenue
Suite P
Simi Valley, CA 93063


Progressive Insurance
P.O. Box 6807
Cleveland, OH 44101


Providian Visa
PO Box 9539
Manchester, NH 03108


Robert Lauta
67 Parkhaven Drive
Amherst, NY 14225


Rural Metro Medical
Church Street Station
PO Box 6674
New York, NY 10249


Saperston & Day PC
1100 M & T Center
3 Fountain Plaza
Buffalo, NY 14203


Security Cedit Systems
1250 Niagara Street
Buffalo, NY 14213


Security Credit Systems
PO Box 846
Buffalo, NY 14240


Solomon and Solomon, P.C.
Columbia Circle, Box 15109
Albany, NY 12212-5019


Suzanne Morris
2743 Ocean Drive, #46
Vero Beach, FL 32963

Thecly L. Ortolani
86 Walton Drive
Snyder, NY 14226


Tice Associates
PO Box 646
Buffalo, NY 14217


Time Life
1450 E. Pavham Road
Richmond, VA 23280


Turf Doctor
9111 Hillview Drive
Clarence, NY 14031


University at Buffalo
232 Capen Hall
Buffalo, NY 14260


USAA Federal Savings Bank
10750 McDermott Freeway
San Antonio, TX 78288


Van RV Credit Corp.
8550 Ulmerton Road
Largo, FL 33771


Verizon
Attn: Bankruptcy
PO Box 6360
Syracuse, NY 13217


Western New York Building Products
2580 Walden Avenue
Buffalo, NY 14225


Western New York Institute
of Psychotherapy
315 Albert Drive
Amherst, NY 14226


William Lawson, Esq.
500 Convention Center
Buffalo, NY 14202

```
William P. Tucker
1004 Waterside Drive
Celebration, FL 34747


Xerox Corporation
PO Box 7598
Philadelphia, PA 19101


Zenner & Ritter
3404 Bailey Avenue
Buffalo, NY 14215
```